United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17681-mdc |
| Stuart S Shulman | Chapter 13 |
| Dawn Marie Shulman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart S Shulman, Dawn Marie Shulman, 77 Holstein Drive, Parkesburg, PA 19365-9152 |
| 14017788 | | TruMark Financial Credit Union, 1000 Northbrook Dr., Feasterville Trevose, PA 19053-8430 |
| 14283385 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14012888 | + | Trumark FCU, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |
| 14017789 | + | Trumark Financial Credit Union, 1000 Northbrook Dr., Trevose, PA 19053-8430 |
| 14012889 | + | Wells Fargo Home Mortgage, P.O. Box 10368, Des Moines, IA 50306-0368 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14048266 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2023 00:04:52 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14084513 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 09 2023 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14017779 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14012887 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 09 2023 23:54:00 | Citadel FCU, 3030 Zinn Road, Thorndale, PA 19372-1130 |
| 14017781 | | Email/Text: bankruptcycollections@citadelbanking.com | Mar 09 2023 23:54:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14017783 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | Comenity Bank/Catherines, PO Box 182789, Columbus, OH 43218-2789 |
| 14018978 | + | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14080459 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14063336 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 23:53:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14024623 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2023 00:04:37 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14017784 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2023 00:04:37 | One Main, PO Box 1010, Evansville, IN |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14053095 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 00:04:52 | 47706-1010<br>Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14013202 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2023 00:04:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14061113 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 00:04:52 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14077331 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14077330 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14077329 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14072608 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14017785 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 00:04:44 | Syncb/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14085288 | + | Email/Text: bncmail@w-legal.com | Mar 09 2023 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14017786 | | Email/Text: bncmail@w-legal.com | Mar 09 2023 23:53:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14026300 | + | Email/Text: dbogucki@trumark.org | Mar 09 2023 23:54:00 | TruMark Financial Credit Union, 335 Commerce Drive, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14028190 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14041192 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14017513 | | Name,Address1,Address2,Address3,City,State,Zip, Capital One,PO Box 30281,,,Salt Lake Cit, Citadel FCU,3030 Zinn Road,,,Thorndale,P, Citadel Federal Credit Union,520 Eaglevi, Comenity Bank/Catherines,PO Box 182789,,, One Main,PO Box 1010,,,Evansville,IN,477 |
| 14017780 | *+ | Citadel FCU, 3030 Zinn Road, Thorndale, PA 19372-1130 |
| 14017782 | * | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14017787 | *+ | Trumark FCU, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |
| 14017790 | *+ | Wells Fargo Home Mortgage, P.O. Box 10368, Des Moines, IA 50306-0368 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023                             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

**Name**           **Email Address**

CORINNE SAMLER BRENNAN
on behalf of Creditor Trumark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSEPH F. CLAFFY
on behalf of Debtor Stuart S Shulman claffylaw@outlook.com claffylaw@aol.com;claffylawecf@gmail.com

JOSEPH F. CLAFFY
on behalf of Joint Debtor Dawn Marie Shulman claffylaw@outlook.com claffylaw@aol.com;claffylawecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
on behalf of Plaintiff Dawn Marie Shulman PhilaLaw@aol.com

MARK A. CRONIN
on behalf of Plaintiff Stuart S Shulman PhilaLaw@aol.com

MARY JACQUELINE LARKIN
on behalf of Creditor Trumark Financial Credit Union mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Stuart S Shulman and Dawn Marie Shulman

           Debtor(s)                        Case No: 17−17681−mdc

                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/9/23

                                                                                                91 − 85
                                                                       Form 138OBJ