*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stuart S Shulman and Dawn Marie Shulman
    Debtor(s)

Case No: 17–17681–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion for Exemption from Financial Management Course . Filed by Dawn Marie Shulman, Stuart S Shulman Represented by JOSEPH F. CLAFFY

    on: 4/18/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/15/23

Timothy B. McGrath
Clerk of Court