United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17681-mdc
Stuart S Shulman  Chapter 13
Dawn Marie Shulman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 15, 2023      Form ID: 167      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart S Shulman, Dawn Marie Shulman, 77 Holstein Drive, Parkesburg, PA 19365-9152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2023 00:05:08 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 00:05:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: dbogucki@trumark.org | Mar 15 2023 23:58:00 | Trumark Financial Credit Union, 335 Commerce Drive, P. O. Box 8127, Ft. Washington, PA 19034-8127 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

**Name      Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: 167 | Total Noticed: 4 |

CORINNE SAMLER BRENNAN
    on behalf of Creditor Trumark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSEPH F. CLAFFY
    on behalf of Joint Debtor Dawn Marie Shulman claffylaw@outlook.com  claffylaw@aol.com;claffylawecf@gmail.com

JOSEPH F. CLAFFY
    on behalf of Debtor Stuart S Shulman claffylaw@outlook.com  claffylaw@aol.com;claffylawecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
    on behalf of Plaintiff Stuart S Shulman bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Plaintiff Dawn Marie Shulman bkgroup@kmllawgroup.com

MARY JACQUELINE LARKIN
    on behalf of Creditor Trumark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stuart S Shulman and Dawn
Marie Shulman
    Debtor(s)

Case No: 17−17681−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion for Exemption from Financial Management Course . Filed by Dawn Marie Shulman, Stuart S Shulman Represented by JOSEPH F. CLAFFY

on: 4/18/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/15/23

Timothy B. McGrath
Clerk of Court

98 − 96
Form 167