United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17681-mdc |
| Stuart S Shulman | Chapter 13 |
| Dawn Marie Shulman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Dawn Marie Shulman, 77 Holstein Drive, Parkesburg, PA 19365-9152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Trumark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Stuart S Shulman claffylaw@outlook.com claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| JOSEPH F. CLAFFY | on behalf of Joint Debtor Dawn Marie Shulman claffylaw@outlook.com claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
   on behalf of Plaintiff Stuart S Shulman bkgroup@kmllawgroup.com

MARK A. CRONIN
   on behalf of Plaintiff Dawn Marie Shulman bkgroup@kmllawgroup.com

MARY JACQUELINE LARKIN
   on behalf of Creditor Trumark Financial Credit Union mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: STUART S. SHULMAN and             :
     DAWN MARIE SHULMAN, Deceased    :    Chapter 13
          Debtor(s)                :
                                         :
                                         :    Bankruptcy No. 17-17681-MDC

**O R D E R**

    **AND NOW**, this          day of              , 2023, the debtor(s) having completed their

Chapter 13 plan and on February 15th , 2023 the chapter 13 trustee having filed a final report.

    **AND**, section 1328 of the Bankruptcy Code provides, in pertinent part:
        (a). . . [A]s soon as practicable after completion by the debtor of all payments
        under the plan, and in the case of a debtor who is required by a judicial or
        administrative order, or by statute, to pay a domestic support obligation, after such
        debtor certifies that all amounts payable under such order or such statute that are
        due on or before the date of the certification . . . have been paid, . . . the court shall
        grant the debtor a discharge of all debts provided for by the plan or disallowed
        under section 502 of this title except any debt—
        . . .
        (g)(1) The court shall not grant a discharge under this section to a debtor unless
        after filing a petition the debtor has completed an instructional course concerning
        personal financial management described in section 111.

    **AND**, on December 5th, 2022, the debtors' attorney filed a Suggestion of

Death regarding the debtor-wife, DAWN MARIE SHULMAN , stating that she died on

April 2, 2022, He has now attached a copy of the Certificate of Death.

    **AND**, Fed. R. Bankr. P. 1016, regarding death or incompetency of a debtor,

states (in relevant part):

> If a[n] . . . individual's debt adjustment case is pending under . . . chapter 13, the case may be dismissed; or if further administration is possible and in the best interest of the parties, the case may proceed and be concluded in the same manner, so far as possible, as though the death or incompetency had not occurred.

And the legislative history of § 541 states:

> Once the estate is created, no interests in property of the estate remain in the debtor. Consequently, if the debtor dies during the case, only property exempted from property of the estate or acquired by the debtor after the commencement of the case and not included as property of the estate will be available to the representative of the debtor's probate estate. The bankruptcy proceeding will continue in rem with respect to property of the [e]state, and the discharge will apply in personam to relieve the debtor, and thus his probate representative, of liability for dischargeable debts.
>
> 11.R. Rep. No. 95-595, 95th Cong., 1st Sess. 367-68 (1977); S. Rep. No. 95-989, 95th Cong., 2d Sess. 82-83 (1978), U.S. Code Cong. & Admin. News p. 5787.

**AND**, as the debtors have completed their plan payments, further administration of this case is possible and in the best interest of the parties.

Accordingly, it is hereby **ORDERED** that the personal financial management course and domestic support obligations requirements are waived as to debtor DAWN MARIE SHULMAN. It is further ordered that the clerk's office shall enter discharge in this case forthwith.

Dated: April 18, 2023

_____
MAGDELINE D. COLEMAN, CHIEF
UNITED STATES BANKRUPTCY JUDGE