United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-17681-mdc
Stuart S Shulman  Chapter 13
Dawn Marie Shulman
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2023 | Form ID: 3180W | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart S Shulman, Dawn Marie Shulman, 77 Holstein Drive, Parkesburg, PA 19365-9152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 22 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14048266 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 23:53:54 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14084513 | + | EDI: BANKAMER2.COM | Apr 22 2023 03:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14017781 | | Email/Text: bankruptcycollections@citadelbanking.com | Apr 21 2023 23:36:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14018978 | + | EDI: DISCOVER.COM | Apr 22 2023 03:37:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14080459 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:42:08 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14063336 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2023 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14053095 | | EDI: PRA.COM | Apr 22 2023 03:37:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061113 | + | EDI: PRA.COM | Apr 22 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14077331 | | EDI: Q3G.COM | Apr 22 2023 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14077330 | | EDI: Q3G.COM | Apr 22 2023 03:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14077329 | | EDI: Q3G.COM | Apr 22 2023 03:37:00 | Quantum3 Group LLC as agent for, JH Portfolio |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: 3180W | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14072608 | | EDI: AISSPRINT | Apr 22 2023 03:37:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14085288 | + | Email/Text: bncmail@w-legal.com | Apr 21 2023 23:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14026300 | + | Email/Text: dbogucki@trumark.org | Apr 21 2023 23:36:00 | TruMark Financial Credit Union, 335 Commerce Drive, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14028190 | + | EDI: WFFC2 | Apr 22 2023 03:37:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14041192 | | EDI: WFFC2 | Apr 22 2023 03:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

**Name**  **Email Address**

CORINNE SAMLER BRENNAN
    on behalf of Creditor Trumark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSEPH F. CLAFFY
    on behalf of Debtor Stuart S Shulman claffylaw@outlook.com claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net

JOSEPH F. CLAFFY
    on behalf of Joint Debtor Dawn Marie Shulman claffylaw@outlook.com claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2023 | Form ID: 3180W | Total Noticed: 19 |

MARK A. CRONIN
    on behalf of Plaintiff Dawn Marie Shulman bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Plaintiff Stuart S Shulman bkgroup@kmllawgroup.com

MARY JACQUELINE LARKIN
    on behalf of Creditor Trumark Financial Credit Union mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stuart S Shulman<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2640<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dawn Marie Shulman<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6970<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    17–17681–mdc | | |

## Order of Discharge                                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stuart S Shulman                                                Dawn Marie Shulman

_4/20/23_                                                       **By the court:** <u>Magdeline D. Coleman</u>
                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**